AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

_MARK MULDOWNEY_
Plaintiff

V.

_COMMONWEALTH OF_
_MASSACHUSETTS_
Defendant

### APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, _MARK MULDOWNEY_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Lowes Home Improvement_
   _4/23/03_   _2 week pay period_ _#548.09_   _153 Andover St._
   _DANVERS, MA 01923_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**My Profile**
- Email Address

**Market Update**

DJIA

```
9,590
9,580
9,570
9,560
9,550
11    1    3
```

2:47 PM ET          9/17/2003

| | | | |
|---|---|---|---|
| DJIA | 9,552.53 | ▼ | -14.81 |
| SPX | 1,025.93 | ▼ | -3.39 |
| NASDAQ | 1,879.75 | ▼ | -7.50 |
| RUT | 514.52 | ▼ | -1.14 |
| DJTA | 2,764.56 | ▼ | -8.82 |
| DJUA | 245.11 | ▼ | -1.20 |

Terms of use   © BigCharts.com

**Accounts**

**NetBenefits Accounts**

PRIVATE HEALTHCARE                $10,765.35

ELECTRONICS FOR IMAG             $1,616.91

**Account Total**                    **$12,382.26**

Accounts ►

NetBenefits balances as of: 09/16/2003

Copyright © 1996-2003 FMR Corp. All rights reserved.

Important legal information
Fidelity's Commitment to Privacy
AA=5 DC=73 HW=7 IA=6

Site Highl
- Message About M
  from Fidelity Cha
- Timely News on I
  Market Perspectiv
- What to Consider
  Venturing Beyond
- High Wire Act: Ba
  Work and Leisure

Portfolio
Use **Fidelity Portfo**
to help you create a
reaching all your fin

Portfo

Personal In
- Save 50% on the
  for the Web[SM] fe
- 529 college savin
  now even better.
- Find out how you
  for additional Fide
  by consolidating
  with us.

Employe