UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK MULDOWNEY

CIVIL ACTION

V.                                                           NO._____

COMMONWEALTH OF MASSACHUSETTS

## COMPLAINT

Parties

1. The plaintiff is a resident of Melrose, Middlesex County, Massachusetts and a citizen of the United States.

Jurisdiction

2. This court has jurisdiction over this matter pursuant to the 14th Amendment to the United States Constitution.

Facts

3. The defendant, having ample evidence that one Rick Smith and accomplices were, by violating Chapter 272: Sec. 99 of the General Laws of Massachusetts, victimizing the plaintiff both over an extended period of time and in a most reprehensible manner, nonetheless elected to not enforce the law in this instance.

4. The defendant, by failing to launch a formal investigation, to file formal charges, or to place the perpetrators under arrest did thereby violate the plaintiffs 14th

Amendment right to "equal protection of the laws".

5. Wherefore the plaintiff demands judgement against the defendant for damages in the amount of $42 million.

6. The plaintiff demands a trial by jury.

Signature  *[signed]* pro se

Name  Mark Muldowney

Address  245 Porter Street

Melrose, MA  02176

Telephone #  (781) 665-0908