UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARK MULDOWNEY,**
                **Plaintiff,**

    v.

**COMMONWEALTH OF MASSACHUSETTS,**
                **Defendant.**

Civil Action

No.   04-10516-GAO

**ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES**

**Having considered the plaintiff's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒     **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on _____ and assigned it Civil Action No. 04-10516-GAO.**

**It is ORDERED that:**

☒     **The application to proceed without prepayment of fees is GRANTED.**

☐     **It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.**

☒     **It is FURTHER ORDERED that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the accompanying memorandum.**

G     **It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.**

 **March 23, 2004**         **/s/ George A. O'Toole, Jr.**
**DATE**                          **UNITED STATES DISTRICT JUDGE**

**(ifpnonpr.ord - 9/20/96)**                                            **[oifp.]**