## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>MARK MULDOWNEY</u>
    Plaintiff(s)

v.            CIVIL ACTION NO. <u>04-10516-GAO</u>

<u>COMMONWEALTH OF MASSACHUSETTS</u>
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

  <u>O'TOOLE</u>, D.J.

**G** **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED**

   Pursuant to the court's Memorandum and Order, dated March 23, 2004, this action is dismissed as lacking any legal merit under 28 USC Section 1915(e)(2),

              TONY ANASTAS,
              CLERK OF COURT

Dated: <u>3/24/04</u>         By <u>Paul S. Lyness</u>
                Deputy Clerk